IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHANNON COPELAND,

      Appellant,

v.

FLORIDA BAR,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0516

_____/

Opinion filed August 14, 2017.

An appeal from an order of the Circuit Court for Leon County.
James C. Hankinson, Judge.

Shannon Copeland, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Patrick Imhof, General Counsel,
Tallahassee, for Appellee.


PER CURIAM.

      Appellant raises no basis for reversal; therefore, we summarily affirm the

order below. *See* Fla. R. App. P. 9.315(a).

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.